# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLD KEITH ANDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72102

FILED

FEB 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant's pretrial petition for a writ of habeas corpus. Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

[1]In light of this order, we take no action on the pro se motions filed on February 6 and 13, 2017.

17-05885

cc: Hon. Michelle Leavitt, District Judge
Arnold Keith Anderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Kenneth G. Frizzell, III